268

Harvey Lee HAYES, Jr.,
Plaintiff–Appellant,

v.

Joel ZIEGLER, Defendant–Appellee.

No. 14–6429.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2014.

Decided: May 29, 2014.

Harvey Lee Hayes, Jr., Appellant Pro Se. John Fulton Gianola, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey Lee Hayes, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Hayes v. Ziegler,* No. 5:11–cv–00261, 2014 WL 670850 (S.D.W.Va. Feb. 20 & 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*